

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-22-00094-CV

**In re The Texas Department of Family and Protective Services**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On February 16, 2022, relator filed a petition for writ of mandamus complaining of the trial court's "Order Following Hearing Regarding Placement" rendered on January 18, 2022 and signed on January 26, 2022. Relator also filed a motion for temporary emergency relief asking this court to stay the order. On February 16, 2022, we granted the motion to stay.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **by March 16, 2022**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on March 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020-PA-02332, styled *In the Interest of J.E., a child*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.